**No. 10-7254. Javier Lopez Calderon, Petitioner v. Gary Swarthout, Warden.**

562 U.S. 1149, 131 S. Ct. 929, 178 L. Ed. 2d 773, 2011 U.S. LEXIS 486.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7257. Toua Hong Chang, Petitioner v. Minnesota.**

562 U.S. 1149, 131 S. Ct. 929, 178 L. Ed. 2d 773, 2011 U.S. LEXIS 264.

January 10, 2011. Petition for writ of certiorari to the Court of Appeals of Minnesota denied.

Same case below, 778 N.W.2d 388.

**No. 10-7259. Glen Edward Rogers, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

562 U.S. 1149, 131 S. Ct. 929, 178 L. Ed. 2d 773, 2011 U.S. LEXIS 309.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-7261. Kevin Antonio Williams, Petitioner v. John W. Haviland, Warden.**

562 U.S. 1149, 131 S. Ct. 929, 178 L. Ed. 2d 773, 2011 U.S. LEXIS 543.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 394 Fed. Appx. 397.

**No. 10-7262. Debby Rose, Petitioner v. Cox Health Systems, et al.**

562 U.S. 1149, 131 S. Ct. 929, 178 L. Ed. 2d 773, 2011 U.S. LEXIS 371,

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 377 Fed. Appx. 573.

**No. 10-7264. Kenneth R. Roberts, Petitioner v. Steven Singer, Warden, et al.**

562 U.S. 1149, 131 S. Ct. 930, 178 L. Ed. 2d 773, 2011 U.S. LEXIS 216.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-7266. Alexis Silva Rosa, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1149, 131 S. Ct. 930, 178 L. Ed. 2d 773, 2011 U.S. LEXIS 214.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-7267. Joseph Russell, Petitioner v. Thomas LaValley, Superintendent, Great Meadow Correctional Facility.**

562 U.S. 1149, 131 S. Ct. 930, 178 L. Ed. 2d 773, 2011 U.S. LEXIS 130.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.